MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    (415) 705-6377
Facsimile:     (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:    (312) 431-3800
Facsimile     (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for Defendant TeleCommunication Systems, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELECOMMUNICATION SYSTEMS, INC.,<br>a Maryland corporation,<br><br>Defendant. | Case No. CV-09-0982 JL<br><br>**DECLARATION OF ELLIOTT HAMILTON IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date:  May 20, 2009<br>Hearing Time:  9:30 a.m.<br>Location: Courtroom F, 15th Floor<br>Judge: Magistrate Judge James Larson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELECOMMUNICATION SYSTEMS, INC. <br><br> Defendant. | Case No. 09-CV-00982-JL <br><br> DECLARATION OF ELLIOTT HAMILTON |

1. My name is Elliott Hamilton. I am the Senior Director of Strategic Planning at TeleCommunication Systems, Inc. ("TCS"). I make these statements based on my personal knowledge, and I am competent to testify about them.

2. U.S. Patent No. 6,891,811 indicates on its cover sheet it was filed in 2000. U.S. Patent No. 7,355,990 indicates on its cover sheet it was filed in 2005. The '990 patent is based on the '811 patent, and claims priority to its 2000 filing date. The '811 and '990 patents are the patents-in-suit.

3. TCS is a Maryland corporation with its principal place of business at 275 West Street, Annapolis, Maryland, 21401 (in the jurisdiction of the United States District Court for the District of Maryland, Baltimore Division).

4. TCS has almost 600 employees. About twenty of those employees work in Oakland, California. The Oakland office came into TCS in 2004 through an acquisition of a company called Kivera. That acquisition post-dates by several years the inventive work performed by TCS's inventors, Richard A. Smith and Johanna Wilson,

1

who worked in the messaging team in Annapolis, Maryland. The Oakland office focuses on location-based applications and geo-spatial databases – matters that bear no relationship to the messaging technology described and claimed in the patents-in-suit. The TCS employees who happen to work there are not potential witnesses in this case.

5. Inventors Richard A. Smith and Johanna Wilson are former TCS employees, and thus third parties. Both of them reside and work in Annapolis, Maryland. I contacted both of them for purposes of this declaration. Both of them told me that it would be a great disruption to travel to San Francisco for trial, that they might be unwilling or unable to do so when the time comes, and that it would be far more convenient for them to drive to Baltimore instead.

6. William Bollman prosecuted the patents-in-suit. Mr. Bollman is a third party. Mr. Bollman works in Washington, D.C. I contacted Mr. Bollman for purposes of this declaration. Mr. Bollman told me that it would be a great disruption to travel to San Francisco for trial, that he might be unwilling or unable to do so when the time comes, and that it would be far more convenient for him to drive to Baltimore instead.

7. This case involves technological issues involving what are known as "short codes." Short codes are usually short, four-to-six digit numbers that owners of mobile devices (such as cell phones) may use to address text messages to companies or individuals who have registered the short codes. The patents describe the example of texting the word "menu" to 4636, where 4636 is an example short code. There is a trade group whose employees know the technical and operational aspects of common short codes. This organization is called the CTIA (formerly, the "Cellular

Telecommunications & Internet Association"). I looked on their website and observed that the CTIA's offices are in Washington, D.C.

8. There is another trade group whose employees know about the marketing and use of common short codes. This organization is called the Mobile Marketing Association ("MMA"). I looked on their website and observed that the MMA is located in New York City.

9. Publicly available information indicates that a company called 360 Degree Mobile ("360") is the "Application Provider" for Newegg's use of common short codes. I looked on their website and observed that 360 is located in Westlake Village, California.

10. The following TCS employees worked at TCS in the same group that inventors Smith and Wilson did in the 2000 period. Each of them probably has knowledge on issues related to their witnessing the conception, and/or participating in the development of, the patented inventions. All of them work in Annapolis and reside in the District of Maryland. They include:

- Mike Richardson (VP of Messaging and a TCS employee in the messaging group in 2000)

- Mark Titus (Sr. Director of Messaging and a TCS employee in the messaging group in 2000)

- Joe Pohutsky (Senior Director of Carrier Software and a TCS employee in the messaging group in 2000)

- Tim Stotesbery (Director of Network Applications and a TCS employee in the messaging group in 2000)

- Drew Morin (CTO and a TCS employee involved in the messaging development efforts in 2000)

- Tim Lorello (CMO and a TCS employee involved in the messaging development efforts in 2000).

A trial in California would be extremely disruptive for each of them, compared to a trial in Baltimore. It would be much more convenient for them (and for TCS) for its senior employees to attend the trial in Baltimore.

11. As I mentioned, I am the Senior Director of Strategic Planning. I have knowledge on issues related to patent licensing at TCS. I work in Annapolis and reside in the District of Maryland. A trial in California would be extremely disruptive for me, compared to a trial in Baltimore. While I would reluctantly attend if held in San Francisco, it would be much more convenient for me (and for TCS and its employees) to attend the trial in Baltimore.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4/13/09        _____
                        Elliott Hamilton

4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on April 14, 2009.

Dated: April 14, 2009

DERGOSITS & NOAH LLP

_____/s/_____
By: Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    (415) 705-6377
Facsimile:    (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:    (312) 431-3800
Facsimile     (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for
Defendant TeleCommunication Systems, Inc.