Robert P. Greenspoon, Flachsbart and Greenspoon, LLC • The Monadnock Building• 53 W. Jackson Blvd., Suite 652 • Chicago, IL 60604-3459;
Tel: 312-431-3800; Fax: 312-431-3810

FILED
09 APR 14 PM 3:31

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NEWEGG, INC.

              Plaintiff(s),

v.

TELECOMMUNICATION SYSTEMS, INC.

              Defendant(s).

CASE NO. 3:09-cv-00982-JL

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert P. Greenspoon, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael E. Dergosits, Dergosits & Noah LLP, Three Embarcadero Center, Suite 410, San Francisco, California 94111; 415-705-6377

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-10-09

Robert P. Greenspoon