UNITED STATES DISTRICT COURT
For the Northern District of California

1
2    UNITED STATES DISTRICT COURT
3    Northern District of California
4
5    NEWEGG, INC.
6                                                    CASE NO. 3:09-cv-00982-JL
7                                                    **(Proposed)**
                    Plaintiff(s),                    **ORDER GRANTING APPLICATION**
8            v.                                      **FOR ADMISSION OF ATTORNEY**
                                                     *PRO HAC VICE*
9    TELECOMMUNICATION SYSTEMS,
     INC.
10
11
                    Defendant(s).
12   _____/
13   Michael R. La Porte                             , an active member in good standing of the bar of
14   State of Illinois                               whose business address and telephone number
15   (particular court to which applicant is admitted)
16   is
17   Flachsbart and Greenspoon, LLC, The Monadnock Building • 53 W. Jackson Blvd., Suite 652 •
     Chicago, IL 60604-3459 • tel: 312-431-3800 • fax: 312-431-3810 • mrl (at) fg-law.com •
18                                                                                                    ,
19   having applied in the above-entitled action for admission to practice in the Northern District of
20   California on a *pro hac vice* basis, representing Defendant
21          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
23   *vice*. Service of papers upon and communication with co-counsel designed in the application will
24   constitute notice to the party. All future filings in this action are subject to the requirements
25   contained in General Order No. 45, *Electronic Case Filing*.
26
27   Dated:
28                                                   _____
                                                     Hon. James Larson
                                                     United States Magistrate Judge