MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone:     (415) 705-6377
Facsimile:      (415) 750-6383
Email:           mdergosits@dergnoah.com
Email:           tjoe@dergnoah.com

WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (*to be admitted pro hac vice*)
ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (*to be admitted pro hac vice*)
MICHAEL R. LA PORTE (IL State Bar No. 6237510) (*to be admitted pro hac vice*)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:     (312) 431-3800
Facsimile:      (312) 431-3810
Email:           wwf@fg-law.com
Email:           rpg@fg-law.com
Email:           mrl@fg-law.com

Attorneys for Defendant TeleCommunication Systems, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELECOMMUNICATION SYSTEMS, INC., a Maryland corporation,<br><br>Defendant. | Civil Action No. 3:09-CV-00982 JL<br><br>**DEFENDANT TELECOMMUNICATION SYSTEM, INC.'S CERTIFICATE OF INTERESTED PARTIES**<br><br>**CIVIL L.R. 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TeleCommunications Systems, Inc. ("TCS") hereby discloses that it is a publicly held company with numerous shareholders. It has no parent company, and no company owns more than ten percent (10%) of its stock.

– 1 –

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Specifically, the individuals listed are directors and executive officers of TCS who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in TCS:

1. Board of Directors: Maurice B. Tosé, James M. Bethmann, Clyde A. Heintzelman, Richard A. Kozak, Weldon H. Latham, and Byron F. Marchant.

2. Executive Officers: Maurice B. Tosé, Richard A. Young, Thomas M. Brandt, Drew A. Morin, and Timothy J. Lorello.

TCS notes that it has numerous employees who actively participate in its affairs but it has only identified its directors and executive officers in this disclosure.

Dated: April 16, 2009

DERGOSITS & NOAH LLP

By: _____/s/_____
Michael E. Dergosits

MICHAEL E. DERGOSITS (SBN 118206)
TEDDY K. JOE (SBN 242589)
DERGOSITS & NOAH, LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604

Attorneys for
Defendant TeleCommunication Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on April 16, 2009.

Dated: April 16, 2009

DERGOSITS & NOAH LLP

/s/
By: Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    (415) 705-6377
Facsimile:    (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. _____) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:    (312) 431-3800
Facsimile     (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for
Defendant TeleCommunication Systems, Inc.

# PROOF OF SERVICE

I am employed with the law firm of Dergosits & Noah LLP, whose address is Four Embarcadero Center, Suite 1450, San Francisco, CA 94111; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Dergosits & Noah LLP's practice for the collection and processing of U.S. Mail.

I further declare that on the date hereof I served a copy of the below listed document:

**DEFENDANT TELECOMMUNICATION SYSTEM, INC.'S CERTIFICATE OF INTERESTED PARTIES**

by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery in the U.S. mail collection box closest to the front reception desk of Dergosits & Noah LLP, Three Embarcadero Center, Suite 410, San Francisco, CA 94111, in accordance with Dergosits & Noah LLP's ordinary business practices:

> Mira Susan Wolff
> Newegg, Inc.
> 16839 E. Gale Avenue
> City of Industry, CA 91745

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 16, 2009 at San Francisco, California.

*/s/ Christy Hoffman*
Christy Hoffman

– 1 –

PROOF OF SERVICE
Civil Action No. 3:09-CV-00982 JL