UNITED STATES DISTRICT COURT

Northern District of California

NEWEGG, INC.

**CASE NO. 3:09-cv-00982-JL**

Plaintiff(s),

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

v.

TELECOMMUNICATION SYSTEMS,
INC.

Defendant(s).

_____/

Robert P. Greenspoon ■ , an active member in good standing of the bar of

State of Illinois whose business address and telephone number

(particular court to which applicant is admitted)

is

Flachsbart and Greenspoon, LLC, The Monadnock Building • 53 W. Jackson Blvd., Suite 652 • Chicago, IL 60604-3459 • tel: 312-431-3800 • fax: 312-431-3810 • mrl (at) fg-law.com •
,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant ■ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 16, 2009

Hon. James Larson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California