# UNITED STATES DISTRICT COURT
## Northern District of California

NEWEGG, INC.

CASE NO. 3:09-cv-00982-JL

Plaintiff(s),

v.

TELECOMMUNICATION SYSTEMS, INC.

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant(s).

William W. Flachsbart ☐ , an active member in good standing of the bar of State of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Flachsbart and Greenspoon, LLC, The Monadnock Building • 53 W. Jackson Blvd., Suite 652 • Chicago, IL 60604-3459 • tel: 312-431-3800 • fax: 312-431-3810 • mrl (at) fg-law.com • ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 16, 2009

Hon. James Larson
United States Magistrate Judge