# EXHIBIT 3
DECLARATION OF JOHN N. ZARIAN


TeleCommunication Systems
Enabling Convergent Technologies

[ Search TCS ]
Site Map

Home   Products & Services   About TCS   News   Investor Information   Careers

**ABOUT TCS**
About TCS
Company Overview
Executive Biographies ▶
Board of Director Biographies ▶
Awards
Memberships
Directions
Contact Us
Carrier Solutions
Government Solutions
Public Safety
Downloads

## Company Contact Information

**Corporate Headquarters**
275 West Street
Annapolis, MD 21401
410.263.7616 Phone
410.280.4903 Fax
Directions to TCS - Annapolis

**TCS Oakland**
300 Lakeside Dr.
Suite 1045
Oakland, CA 94612
510.763.3300 Phone
510.496.0820 Fax
Directions to TCS - Oakland

**TCS Seattle**
2401 Elliott Ave.
Seattle, WA 98121
206.792.2000 Phone
206.792.2001 Fax
Directions to TCS - Seattle

**TCS Tampa**
206 Kelsey Lane
Tampa, FL  33619
813.831.6353 Phone
813.831.8337 Fax
Directions to TCS - Tampa

**TCS Network Solutions Facility (NSF)**
7333 Coppermine Dr
Manassas, VA 20109-2669
703.334.2030 Phone
Directions to TCS - Network Solutions Facility (NSF)

**TeleCommunication Systems Limited**
6 Dyers Buildings
Holborn
London EC1N 2JT
United Kingdom
+44 20 7895 9400 Phone
Directions to TeleCommunication Systems Limited

**Investor Relations**
Tom Brandt
Email: ir@telecomsys.com
410.280.1001 Phone

410.280.4903 Fax

Public Relations
Meredith C. Allen
410.295.1865
E-mail: mallen@telecomsys.com
or pr@telecomsys.com

Product Contacts
All TCS Products: Sales@telecomsys.com
IT Solutions: ITSolutions@telecomsys.com
SwiftLink® Deployable Communications: SwiftLink@telecomsys.com
Wireless Intelligent Gateway™: WIG@telecomsys.com

## Customer Support

E-mail Support:

| | |
|---|---|
| **General Inquiries:** | tcssupport@telecomsys.com |
| **TCS NOC:** | noc@telecomsys.com |
| **Government Solutions:** | itsolutions@telecomsys.com |
| | swiftlink@telecomsys.com |
| **Carrier Solutions:** | support-oak@telecomsys.com |
| Phone Support: | (Toll Free) 800-959-3749 |
| | (Outside the US) 206-792-2193 |

Contact : Site Map : Privacy & Legal

Copyright © 2009, TeleCommunication Systems, Inc. (TCS). All rights reserved.
TeleCommunication Systems, Inc., 275 West Street, Annapolis, MD 21401 | 800.557.5869