# EXHIBIT 4

DECLARATION OF JOHN N. ZARIAN

| About Us | myManta | FAQ | View Cart | My Profile |

Login: Not a member? Learn more.

Wednesday, Apr. 29, 2009
63,778,867 companies

**NEW! List Your Company Above the Competition.**

COMPANIES: U.S., U.S. Public, Australia, Canada, U.K., Worldwide
RESOURCES: Video, Jobs, Reports | JOIN US ON: Twitter, Facebook

U.S. business name, category, location... [Search]  BUSINESS CENTERS: Small Biz, Sales Expertise, HR, Travel, Career, Tech

Company Profiles > Find Companies > Oakland, CA > Computer Software > Computer Programming Services > Computer software development and applications > Telecommunication Systems Inc Company Profile

Go to myManta
Add Company To List
Set Company Alert

# Telecommunication Systems Inc (Kivera)
300 Lakeside Dr Ste 1045, Oakland, CA 94612-3536

| | |
|---|---|
| **Contact Phone:** | (510) 763-3300 |
| **URL (web address):** | www.telecomsys.com |
| **Business Category:** | Custom Computer Programing in Oakland, CA |
| **Industry (SIC):** | Computer Programming Services |

**Related info:**

Other companies named Telecommunication Systems Inc

More Companies in:
- This Industry
- Oakland, CA

Find Jobs in Oakland, CA

View Oakland, CA Videos

Ads by Google

India Software Development? Outsourced Software Development Trigent- CMM Level 4 Company, India

Is Daptiv PPM Worth It? Find Out What Our Customers Think. Register For A Free Webinar Today!

Software Developers Huge selection of brands Find Software developers here!

The ads are not affiliated with Telecommunication Systems Inc

### Business Information
This company profile is for the private company Telecommunication Systems Inc branch, located in Oakland, CA. Kivera's line of business is custom computer programing.

| | |
|---|---|
| **Company Name:** | Telecommunication Systems Inc  Is This Your Company? |
| **Address:** | 300 Lakeside Dr Ste 1045, Oakland, CA 94612-3536 (Map) |
| **Alt Business Name:** | Kivera |
| **Location Type:** | Branch Location |
| **Est. Annual Sales:** | |
| **Est. # of Employees:** | |
| **Est. Empl. at Loc.:** | 28 |
| **Year Started:** | |
| **State of Incorp:** | |
| **SIC #Code:** | 7371 |
| **Contact's Name:** | Stuart Jacobson |
| **Contact's Title:** | Branch Manager |
| **Parent Company:** | Telecommunication Systems, Inc |
| **NAICS:** | Custom Computer Programming Services |



*Data above provided by D&B.*

Click on the reports tab at the top of the page to research company background, detailed company

profile, credit and financial reports for Telecommunication Systems Inc.

© 2009, Dun and Bradstreet, Inc. All Rights Reserved.



Privacy Policy | Refund Policy | Contact Us | Advertise | Featured Listings | Terms & Conditions | Site Map | Partners

Copyright © 2009, ECNext. Inc. All Rights Reserved.