# EXHIBIT 5
DECLARATION OF JOHN N. ZARIAN

# News Release

🖨 Printable View

<< Back

**TeleCommunication Systems, Inc. to Acquire Location Technology Assets of Kivera, Inc.**

**Kivera Best-of-Class Location Applications Add Depth to TCS Xypoint (R) Location Platform, and Relationships With U.S. AAA Organizations and Denso of Japan**

ANNAPOLIS, Md., Sep 13, 2004 /PRNewswire-FirstCall via COMTEX/ -- TeleCommunication Systems, Inc. (Nasdaq: TSYS), a global leader in wireless data technology, today announced it has signed a definitive agreement to acquire substantially all of the assets of Kivera, Inc., subject to customary conditions to closing. Kivera brings to TCS leading, proven wireless and internet-based location application software, geo-data professional service contracts, relationships with marquee customers, and leading geographical data sources. TCS expects to apply its leading wireless messaging and location technology expertise and its wireless carrier relationships to deepen and expand Kivera's enterprise and carrier- subscriber solutions. Kivera is expected to have generated approximately $5 million of revenue in calendar 2004, and management expects the acquisition to make an accretive contribution to earnings in 2005.

Key assets acquired by TCS include:

Mobile Applications Platform -- Kivera's mobile platform and industry leading mobile applications are available to the more than 160 million U.S. mobile phone subscribers and are available on four of the top five wireless carriers in North America. Kivera's technology is used by consumers and enterprises to save time, save costs, generate revenues, and save lives in applications ranging from emergency response and fleet optimization to enterprise and consumer wireless applications.

Core Intellectual Property -- Kivera's solutions are built upon its industry- leading location application engine and related software components. Kivera's Location Engine(TM) provides the fastest and most accurate location services available according to independent tests. Kivera's technology powers the first implementation of location service offered by a U.S. wireless carrier and has been critical to attracting and retaining data subscribers and increasing Average Revenue Per User (ARPU). Kivera's Real-Time Traffic Server aggregates leading traffic data feeds from a variety of vendors and government agencies to enable the most accurate and comprehensive national traffic service available on websites and wireless handsets. Additionally, Kivera provides multi-platform software components for the creation of high- performance and graphically rich wireless applications on BREW, WAP, J2ME, and Symbian enabled wireless devices. Kivera has invested over 240 developer-years in its technology and solutions.

Marquee Relationships and Partnerships with Leading Customers, and Service and Content Providers -- Kivera is a leader in the U.S. mobile applications market through its relationships with the leading wireless carriers including Verizon Wireless, AT&T Wireless, Cingular Wireless, Sprint PCS, ALLTEL, and Virgin Mobile. Kivera's technology is also used to provide high-margin enhanced directory assistance services on all major carriers in North America through its relationships with BellSouth, VoltDelta INFONXX, Metro One Telecommunications, and Verizon LiveSource. According to The

Pierz Group, the mobile US directory assistance market will approximately double in revenues over the next 5 years, from $1.8 billion in 2003 to $3.6 billion in 2008 (source: The Pierz Group's report on its web site, The US Directory Assistance/Enquiry Market, Nov 1, 2003). Kivera is also a leader in the emerging Telematics market as a result of its strategic relationships with DENSO Corporation of Japan, and the American Automobile Association (AAA) and its affiliates. According to Strategy Analytics, telematic users in North America, Europe and Japan will increase from 3 million users in 2002 to 16 million users by the end of 2010 (source: Strategy Analytics report, In-vehicle Telematics Services Forecast 2003-2010, April 2004).

"Through our Xypoint(R) Location Platform (XLP) and our leadership in providing wireless enhanced 911 service using our XLP, our Company has been recognized as a technology leader in providing the 'plumbing' for location- based services, that is, capturing the X/Y coordinates of a wireless device and feeding them to an application. We see the Kivera team as a best-in-class application company, substantially enhancing the depth of our enhanced service offers to carriers, and the range of our capabilities for enterprise and government customers," commented Maurice B. Tose, Chairman, President and CEO of TCS.

"Kivera is pleased to become part of the TCS family. As part of the TCS team, Kivera employees will be able to enhance and expand the services provided to existing customers, and continue their quest to become the leading provider of location-based services and technology in North America and beyond," commented Stuart Jacobson, President and CEO of Kivera.

ABOUT KIVERA, INC.

Kivera(TM), Inc. is a leading provider of powerful, highly scaleable mobile applications technology and services to wireless, directory assistance, emergency response, fleet, and logistics companies around the world. Founded in 1997, Kivera's customers include Verizon Wireless, AAA (American Automobile Association), ACSC (Automobile Club of Southern California and one of the largest affiliates of AAA), AT&T Wireless, Cingular Wireless, BellSouth, DENSO, Sun Microsystems, VoltDelta, and Metro One Telecommunications, among others. The Company also has support from key strategic investors including Sun Microsystems, ACSC, and DENSO.

ABOUT TELECOMMUNICATION SYSTEMS, INC.

TeleCommunication Systems, Inc. (TCS)(Nasdaq: TSYS) is a leading provider of mission critical wireless data solutions to carriers, enterprise and government customers. TCS' wireless data offerings include location-based Enhanced 9-1-1 services, and messaging and location service infrastructure for wireless operators, real-time market data and alerts to financial institutions, mobile asset management and mobile office solutions for enterprises, and encrypted satellite communications to government customers. For more information visit http://www.telecomsys.com.

This announcement contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities and Exchange Act of 1934, as amended. These statements are based upon TCS' current expectations and assumptions that are subject to a number of risks and uncertainties that would cause actual results to differ materially from those anticipated. The words, "believe," "expect," "intend," "anticipate," and variations of such words, and similar expressions identify forward-looking statements, but their absence does not mean that the statement is not forward-looking. Statements in this announcement that are forward- looking include, but are not limited to "Kivera is expected to have generated approximately $5 million of revenue in calendar 2004," "management expects the acquisition to make an accretive contribution to

earnings in 2005."

The actual results realized by the Company could differ materially from the statements made herein, depending in particular upon the risks and uncertainties described in the Company's filings with the Securities and Exchange Commission (SEC). These include without limitation risks and uncertainties relating to the Company's financial results and the ability of the Company to (i) sustain profitability, (ii) continue to rely on its customers and other third parties to provide additional products and services that create a demand for its products and services, (iii) conduct its business in foreign countries, (iv) adapt and integrate new technologies into its products, (v) expand its sales and business offerings in the wireless data industry, (vi) develop software without any errors or defects, (vii) have sufficient capital resources to fund the Company's operations, (viii) protect its intellectual property rights, (ix) implement its sales and marketing strategy, and (x) successfully integrate the assets and personnel of acquired entities, such as the Enterprise net assets acquired from Aether Systems, Inc. Existing and prospective investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. The Company undertakes no obligation to update or revise the information in this press release, whether as a result of new information, future events or circumstances, or otherwise.

Tom Brandt, Senior Vice President & CFO of TeleCommunication Systems, Inc., +1-410-280-1001, brandtt@telecomsys.com; or Scott Liolios, Investor Relations, of Liolios Group, +1-949-574-3860, scott@liolios.com, for TeleCommunication Systems, Inc.