# EXHIBIT 7
DECLARATION OF JOHN N. ZARIAN



**California Business Portal**
Secretary of State DEBRA BOWEN

DISCLAIMER: The information displayed here is current as of APR 24, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| TELECOMMUNICATION SYSTEMS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND TELECOMMUNICATION SYSTEMS, INC. |||
| **Number:** C2071776 | **Date Filed:** 3/6/1998 | **Status:** active |
| **Jurisdiction:** MARYLAND |||
| Address |||
| 275 WEST STREET |||
| AMMAPOLIS, MD 21401 |||
| Agent for Service of Process |||
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |||
| 2730 GATEWAY OAKS DR STE 100 |||
| SACRAMENTO, CA 95833 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.