1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  DERGOSITS & NOAH, L.L.P.
   Three Embarcadero Center, Suite 410
3  San Francisco, CA 94111
   Telephone:    (415) 705-6377
4  Facsimile:    (415) 750-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
   ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
7  MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
   FLACHSBART & GREENSPOON, LLC
8  The Monadnock Building
   53 W. Jackson Blvd, Suite 652
9  Chicago, Illinois 60604
   Telephone:    (312) 431-3800
10 Facsimile     (312) 431-3810
   Email: wwf@fg-law.com
11 Email: rpg@fg-law.com
   Email: mrl@fg-law.com
12
   Attorneys for Defendant TeleCommunication Systems, Inc.
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEWEGG INC., a Delaware corporation, | Case No. CV-09-0982 JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE** |
| v. | |
| TELECOMMUNICATION SYSTEMS, INC., a Maryland corporation, | Hearing Date: May 20, 2009 |
| Defendant. | Hearing Time: 9:30 a.m.<br>Location: Courtroom F, 15th Floor<br>Judge: Magistrate Judge James Larson |

1  This matter is before the Court on Defendant TeleCommunication Systems, Inc. ("TCS")
2  Motion to Transfer Venue. Having reviewed TCS's Motion, supporting Memorandum of Points
3  and Authorities, and TCS's supporting Declaration of Elliott Hamilton, the Court hereby
4  GRANTS TCS's Motion to Transfer Venue to the United States District Court of Maryland.

6  IT IS SO ORDERED.

8  Date: _____      _____
                                                Magistrate Judge James Larson