MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone:     (415) 705-6377
Facsimile:     (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

WILLIAM W. FLACHSBART (IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON   (IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE (IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604
Telephone:     (312) 431-3800
Facsimile      (312) 431-3810
Email: wwf@fg-law.com
Email: rpg@fg-law.com
Email: mrl@fg-law.com

Attorneys for Defendant TeleCommunication Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>TELECOMMUNICATION SYSTEMS, INC.<br><br>           Defendant. | Case No. 09-CV-00982-JL<br><br>**REPLY DECLARATION OF JAMES R. BURDETT IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>**Hearing: May 20, 2009, 9:30 a.m.**<br>**Location: Courtroom F, 15th Floor**<br>**Judge: Magistrate Judge James Larson** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWEGG, INC.,<br>Plaintiff,<br>vs.<br>TELECOMMUNICATION SYSTEMS, INC.<br>Defendant. | Case No. 09-CV-00982-JL<br><br>DECLARATION OF JAMES R. BURDETT |

1. My name is James R. Burdett. I make these statements based on my own personal knowledge, and I am competent to testify about them. I am outside counsel for TeleCommunication Systems, Inc. ("TCS") in certain matters, and a partner of the law firm Venable LLP. My office is in Washington, D.C. I understand the plaintiff in the above-captioned case has made contentions surrounding TCS's application – as a third-party subpoena recipient – for an order transferring certain civil subpoenas from the Eastern District of Texas to the Eastern District of California in underlying Case No. 5:07-cv-023 (E.D. Tex.). The application itself is Exhibit 8 to the Declaration of John N. Zarian (Dkt. No. 17-9 in the above-captioned case). I was responsible for seeking that order, so I can explain the surrounding circumstances.

2. The subpoenas in question were issued out of the Eastern District of California on plaintiff 800 Adept, Inc.'s behalf. Their issuance from the California court was highly unusual, since TCS did not have any relevant documents in that judicial

1

district (or in the State of California, for that matter). Nonetheless, for cost-saving purposes, TCS chose not to move to quash the highly irregular subpoenas.

3. While TCS did produce some discovery under the subpoenas, none of it was sourced from, delivered to, or had any connection with, the Eastern District of California (or anywhere in California).

4. The only reason TCS participated in the Eastern District of California was to allow for the formally correct procedure of having the subpoena-issuing court enter the governing confidentiality protective order. As it happened, TCS never invoked that order, because no confidential documents were ever produced. After TCS produced some nonconfidential materials (from Annapolis, Maryland to the Eastern District of Texas, via my Washington, D.C. office), the underlying matter settled. There are no lingering matters. For all practical purposes, the entire quickly-concluded matter had nothing to do with the State of California (or any of its federal judicial districts).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4 May 2009

_____
James R. Burdett

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on May 6, 2009.

**REPLY DECLARATION OF JAMES R. BURDETT IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

The undersigned hereby certifies that some of the participants in the case are not registered CM/ECF users. The foregoing document will be mailed by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

> Mira Susan Wolff
> Newegg, Inc.
> 16839 E. Gale Avenue
> City of Industry, CA 91745

The undersigned certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 6, 2009

DERGOSITS & NOAH LLP

/s/
By: Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111

WILLIAM W. FLACHSBART
(IL State Bar No. 6237069) (of counsel)
ROBERT P. GREENSPOON
(IL State Bar No. 6229357) (of counsel)
MICHAEL R. LA PORTE
(IL State Bar No. 6237510) (of counsel)
FLACHSBART & GREENSPOON, LLC
The Monadnock Building
53 W. Jackson Blvd, Suite 652
Chicago, Illinois 60604

Attorneys for
Defendant TeleCommunication Systems, Inc.

## CERTIFICATE OF SIGNATURE

The undersigned hereby certifies that pursuant to General Order 45 VI(B), Section X, the non ECF user signatory of the attached document is **JAMES R. BURDETT,** and that concurrence in the filing of the document has been obtained from this single signatory that shall serve in lieu of their signature on the document. The undersigned further certifies that a scanned image of the signature page of the document is being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Dated: May 6, 2009                              DERGOSITS & NOAH LLP

                                                /s/
                                                ―――――――――――――――――
                                                By: Michael E. Dergosits
                                                MICHAEL E. DERGOSITS (State Bar No. 118206)
                                                TEDDY K. JOE (State Bar No. 242589)
                                                DERGOSITS & NOAH, L.L.P.
                                                Three Embarcadero Center, Suite 410
                                                San Francisco, CA 94111
                                                Telephone:    (415) 705-6377
                                                Facsimile:    (415) 750-6383
                                                Email: mdergosits@dergnoah.com
                                                Email: tjoe@dergnoah.com

                                                WILLIAM W. FLACHSBART
                                                (IL State Bar No. 6237069) (of counsel)
                                                ROBERT P. GREENSPOON
                                                (IL State Bar No. 6229357) (of counsel)
                                                MICHAEL R. LA PORTE
                                                (IL State Bar No. 6237510) (of counsel)
                                                FLACHSBART & GREENSPOON, LLC
                                                The Monadnock Building
                                                53 W. Jackson Blvd, Suite 652
                                                Chicago, Illinois 60604
                                                Telephone:    (312) 431-3800
                                                Facsimile     (312) 431-3810
                                                Email: wwf@fg-law.com
                                                Email: rpg@fg-law.com
                                                Email: mrl@fg-law.com

                                                Attorneys for
                                                Defendant TeleCommunication Systems, Inc.