1

2

John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
University Plaza
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-Mail:  zarian@zarianmidgley.com

Mira S. Wolff (SBN 161672)
NEWEGG INC.
16839 E. Gale Avenue
City of Industry, CA  91745
Telephone:  (626) 271-9700, x. 22032
Facsimile:  (626) 271-9483
E-Mail:  Mira.S.Wolff@newegg.com

Attorneys for Plaintiff
NEWEGG INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWEGG INC., a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>TELECOMMUNICATION SYSTEMS, INC.,<br>a Maryland corporation, )<br><br>Defendant. )<br>_____ ) | Case No.  C 09 0982 JL<br><br>**DECLARATION OF JOHN N. ZARIAN ATTESTING TO SIGNATURE OF SCOTT D. DELACOURT**<br><br>**Hearing Date:  May 20, 2009**<br>**Hearing Time: 9:30 a.m.**<br>**Location:  Courtroom F, 15th Floor**<br>**Judge: Magistrate Judge James Larson** |

I, John N. Zarian, declare as follows:

     1.     I have personal knowledge of the following, and if called as a witness, I could and would testify competently and truthfully thereto.

     2.     I am a member of Zarian Midgley & Johnson, PLLC, counsel of record for Newegg Inc. ("Newegg").  I am duly licensed to practice law in the State of California and before this Court.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.      I attest that the signature of Scott D. Delacourt on his declaration in opposition of the

Motion to Transfer filed by Defendant in the above-captioned matter is his original signature.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed this 11th day of May, 2009, at Boise, Idaho.


/s/ *John N. Zarian*
JOHN N. ZARIAN

2

1

<u>CERTIFICATE OF SERVICE</u>

2

3    I HEREBY CERTIFY that on the 11th day of May, 2009, I electronically filed the foregoing

4 document with the Clerk of the Court, using the CM/ECF system, which will automatically send email

5 notification of such filing to all counsel who have entered an appearance in this action.

6

7

8

9                                            /s/ *John N. Zarian*
                                             John N. Zarian
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Declaration of John N. Zarian Attesting to Signature of Scott D. Delacourt*
Case No.: C 09 0982 JL