# EXHIBIT 1

DECLARATION OF MIRA S. WOLFF

# Flachsbart & Greenspoon, LLC

· The Monadnock Building · 53 W Jackson Blvd. Suite 652 · Chicago IL 60604-3459 ·
· Tel 312-431-3800 · Fax 312-431-3810 · www.fg-law.com ·

January 12, 2009

RECEIVED
JAN 1 9 2009
By_____

Newegg, Inc.
Attn: Mr. Lee Cheng
General Counsel
16839 E. Gale Avenue
City of Industry, CA 91745

### Re: Infringement of Patent Nos. 6,891,811 and 7,355,990, and License Offer

Dear Mr. Cheng:

Newegg, Inc. infringes United States Patent Nos. 6,891,811 and 7,355,990 (copies enclosed) based on its use of MO-to-application SMS short codes. The instances of infringement we have found include Newegg, Inc.'s use of the short code 639344. We write on behalf of the patent owner, TeleCommunication Systems, Inc. (TCS), to explain the infringement and offer favorable licensing terms for Newegg, Inc. to continue using the '811 and '990 patents.

## TCS

TeleCommunication Systems, Inc. is a publicly held company that develops and applies wireless data communications technology in the United States and internationally. It focuses on text messaging and location-based services, including enhanced 9-1-1 for wireless carriers and voice over Internet protocol (VoIP) service providers, and secure satellite-based communication solutions for government customers.

TCS is widely known as an innovator in the wireless messaging field. As of October 8, 2008, TCS holds 65 patents, with 199 applications pending. TCS has aggressively protected its patent rights in the past, including winning a jury verdict of patent infringement against Sybase 365 in 2007 in the Eastern District of Virginia to remedy infringement of one of TCS's intercarrier messaging patents.

## The '811 and '990 Patents

Richard A. Smith and Johanna Wilson invented the '811 and '990 patents while working at TCS. These patents disclose a way for companies to let individuals send SMS text messages to Internet-connected computer applications, and receive messages back from those applications in return. While this technology is commonplace and in

Mr. Lee Cheng
January 12, 2009
Page 2 of 5

widespread use today, Smith and Wilson's innovative efforts first brought this technology into existence many years ago, as reflected by the April 2000 priority dates of the patents.

In 2000, the inventors noted the need for a solution that allowed short message communications "between wireless devices and application servers on the Internet without the need for a specialized browser," the patent specifications describe the invention as allowing "any standard 2-way SMS capable handset to interact with specialized web applications." '811 patent at 4:41-47, 5:43-48.

The inventions accomplish this through creation of a "gateway" between the existing SMSC and the web application. '811 patent at cols. 5-7. The preferred embodiment's gateway (called the "mobile to HTTP Gateway," or "MHG" in the patent) "generates HTTP protocol POST commands to an application program on a relevant IP server 152-156 based on mobile-originated messages, and translates responses to the same from HTTP protocol back into standard format SMPP messages for forwarding back to the relevant mobile device 120." '811 patent at 6:46-52. Put another way, the MHG described in the patents takes the message content from the original SMS text and puts it into a URL addressed to the destination server that is registered to correspond with the outgoing SMS address. '811 patent at cols. 8-9. The cover figure (Figure 1) shows the overall architecture graphically:



The bottom line is this. The recipient of a mobile originated (MO) message no longer has to be another wireless device (such as MOBILE 120), but may instead be one or more application servers accessible over the Internet (e.g., IP SERVER 152, 154 and 156).

In short, the inventions allow mobile originated messages (MO) to communicate with web applications. The '811 and '990 Patents currently have a continuation pending in the U S. Patent and Trademark Office.

**The Infringement**

Our investigation concluded that Newegg, Inc. uses the short code 639344 to connect consumers to web-connected applications. Thus, Newegg, Inc. uses one or more

Mr. Lee Cheng
January 12, 2009
Page 3 of 5

gateways that place mobile-originated (MO) text messages into HTTP protocol messages to web-based APIs. To be more specific, Newegg, Inc. works with an aggregator and/or an application provider that employs the gateway of claim 1 of the respective patents. Since 35 U.S.C. § 271(a) prohibits the unauthorized use of the gateway of claim 1, and since Newegg, Inc. has used such a gateway so far without a license, Newegg, Inc. infringes. This claim chart shows an element-by-element application of the claims to Newegg, Inc.'s use:

| U.S. Patent No 6,891,811 | Aggregator / Application Provider technology used by Newegg, Inc. |
|---|---|
| 1. A gateway, comprising: | Newegg, Inc. employs an Aggregator and/or an Application Provider to use gateway devices, as described below. |
| a first communication path to accept a short message from a short message service center; | Gateways used by Newegg, Inc. have an incoming ("first") communication path for text messages, a route feeding messages in from the SMSC's. |
| a translation module to insert said short message into an HTTP protocol message; and | Gateways used by Newegg, Inc. have software and/or hardware which translates the message content of incoming texts into HTTP messages. |
| a second communication path to transmit said HTTP protocol message to at least one URL; | Gateways used by Newegg, Inc. have an outbound ("second") communication path for transmitting such HTTP messages to at least one URL. |
| wherein said gateway facilitates two-way short message service communication between a short message service device and an HTTP device. | Gateways used by Newegg, Inc. are two-way capable. They send return messages to subscriber devices. |
|  |  |
| U.S. Patent No. 7,355,990 | Aggregator / Application Provider technology used by Newegg, Inc. |
| 1. A gateway, comprising: | Newegg, Inc. employs an Aggregator and/or Application Provider to use gateway devices, as described below. |
| a first communication path to accept a short message from a mobile device; | Gateways used by Newegg, Inc. have an incoming ("first") communication path for text messages, a route feeding messages in from the SMSC's. |
| a translation module to insert said short message into an Hypertext Transfer | Gateways used by Newegg, Inc. have software and/or hardware which translates |

Mr. Lee Cheng
January 12, 2009
Page 4 of 5

| | |
|---|---|
| Protocol (HTTP) message; | the message content of incoming texts into HTTP messages. |
| a second communication path to push said HTTP message to at least one Universal Resource Locator (URL); and | Gateways used by Newegg, Inc. have an outbound ("second") communication path for pushing such HTTP messages to at least one URL. |
| a return communication path to receive a return message relating to said HTTP message. | Gateways used by Newegg, Inc. are two-way capable. They have a return path to send return messages to subscriber devices. |

### Offered License Terms

TCS has established a reasonable royalty rate that takes into account the high value of its intellectual property to brand companies and the like, balanced against the need to price these license rights in line with corporate promotional budgets. TCS is <u>not</u>, at this time, asking Newegg, Inc. to cease and desist using MO-to-application short codes. Instead, TCS would prefer to come to terms that will allow Newegg, Inc. to continue to use such short codes (and their associated gateways) with express authorization and under a license by TCS. These terms are based on the easily measurable extent of use of the invention, and the type of use (premium short codes or not). Royalty amounts begin at a $5,000 payment for a three-year term license, and go up from there. The royalty schedule is as follows, per short code:

| Yearly Volume of Messages | Non-Premium Three Year Term License | Premium Three Year Term License |
|---|---|---|
| < 100k | $5,000 | $10,000 |
| 100k - 1M | $20,000 | $40,000 |
| 1M-5M | $50,000 | $100,000 |
| 5M+ | $100,000 | $200,000 |

Please note that each short code registration requires an additional license. Please also note that fully paid-up licenses for unlimited registrations and usage are also available if desired, at prices subject to negotiation.

As soon as Newegg, Inc. expresses an interest in abating its infringement through payment of royalties, we will send you a draft license agreement. TCS will then allow Newegg, Inc. to make an initial indication of which licensing tier applies to each particular short code. If the selected tier is below the 5 million yearly messages level, TCS will retain audit rights to confirm the accuracy of the selection at the end of the three-year license term.

Mr. Lee Cheng
January 12, 2009
Page 5 of 5

On behalf of TCS, we thank you for your kind attention to this matter. If you have any questions, please do not hesitate to contact us. We look forwarding to working with you.

Sincerely,

William W. Flachsbart