1  John N. Zarian (SBN 145080)
   ZARIAN MIDGLEY & JOHNSON PLLC
2  University Plaza
   960 Broadway Ave., Ste. 250
3  Boise, Idaho 83706
   Telephone:  (208) 562-4900
4  Facsimile:  (208) 562-4901
   E-Mail:  zarian@zarianmidgley.com
5
   Mira S. Wolff (SBN 161672)
6  NEWEGG INC.
   16839 E. Gale Avenue
7  City of Industry, CA  91745
   Telephone:  (626) 271-9700, x. 22032
8  Facsimile:  (626) 271-9483
   E-Mail:  Mira.S.Wolff@newegg.com
9
   Attorneys for Plaintiff
10 NEWEGG INC.

11

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14 NEWEGG INC., a Delaware corporation,          )
                                                 )
15            Plaintiff,                          )   Case No.  C 09 0982 JL
                                                 )
16       v.                                      )   **DECLARATION OF JOHN N. ZARIAN
                                                 )   IN SUPPORT OF PLAINTIFF'S
17 TELECOMMUNICATION SYSTEMS, INC.,              )   OPPOSITION TO DEFENDANT'S
                                                 )   MOTION TO TRANSFER VENUE**
18 a Maryland corporation,                       )
                                                 )   **Hearing Date:  May 20, 2009**
19            Defendant.                          )   **Hearing Time: 9:30 a.m.**
                                                 )   **Location:  Courtroom F, 15th Floor**
20                                               )   **Judge: Magistrate Judge James Larson**
                                                 )
21

22 I, John N. Zarian, declare as follows:

23       1.      I submit this declaration in opposition of the Motion to Transfer filed by Defendant in

24 the above-captioned matter.  I have personal knowledge of the following, and if called as a witness, I

25 could and would testify competently and truthfully thereto.

26

27       2.      I am a member of Zarian Midgley & Johnson, PLLC, counsel of record for Newegg Inc.

28 ("Newegg").  I am duly licensed to practice law in the State of California and before this Court.

                                                1

1
2
3
4

3.      Attached hereto as Exhibit "1" is a true and correct copy of excerpts of an annual report on Form 10-K downloaded from the web site http://www1.telecomsys.com, as maintained by defendant TeleCommunication Systems, Inc. ("TCS").

5
6

4.      Attached hereto as Exhibit "2" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, providing certain Investor Overview Information.

7
8
9
10

5.      Attached hereto as Exhibit "3" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, listing TCS' corporate offices, including an office located at 300 Lakeside Drive, 10th Floor, in Oakland, California.

11
12
13
14
15

6.      Attached hereto as Exhibit "4" is a true and correct copy of a document downloaded from the web site http://www.manta.com, estimating the number of employees at the TCS Oakland location is 28, based on information supplied by Dun & Bradstreet.  The document identifies "Kivera" as an alternate business name for the business now operating out of TCS Oakland's offices.

16
17
18

7.      Attached hereto as Exhibit "5" is a true and correct copy of a document downloaded from the web site http://www1.telecomsys.com, announcing that, as of September 13, 2004, TCS was acquiring substantially all of the assets of Kivera, Inc., based in Oakland.

19
20
21
22

8.      Attached hereto as Exhibit "6" is a true and correct copy of a document downloaded from the web site http://www. job.com, listing a current job opening at TCS Oakland for a Principal Computer Software Engineer.

23
24
25
26

9.      Attached hereto as Exhibit "7" is a true and correct copy of a document downloaded from the California Secretary of State's web site http://kepler. ca.gov, showing that TeleCommunication Systems, Inc. has been doing business in California since at least 1998.

27
28

10.     Attached hereto as Exhibit "8" is a true and correct copy of a document downloaded from the web site http://pacer.psc.uscourts.gov, reflecting that, on August 1, 2008, TeleCommunication

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL

Systems, Inc. filed a miscellaneous action and *ex parte* application in the Eastern Distict of California, through counsel located in Los Angeles (in the Central District of California).

11.    Attached hereto as Exhibit "9" is a true and correct copy of a document downloaded from the web site http://pacer.psc.uscourts.gov, reflecting that, on April 15, 2005, TeleCommunication Systems, Inc. filed a motion seeking, *inter alia*, to transfer venue of an action to Maryland.

12.    Attached hereto as Exhibit "10" are true and correct copies of pages downloaded from the web site http://www.uscourts.gov, reporting certain case management statistics and judicial caseload profiles for, *inter alia*, the Northern District of California and the District of Maryland.

13.    Attached hereto as Exhibit "11" is a true and correct copy of a document downloaded from the web site http://www.mdd.uscourts.gov, confirming that the District of Maryland has not proposed or adopted any Patent Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2009, at Boise, Idaho.


/s/ *John N. Zarian*
JOHN N. ZARIAN

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL

1

<u>CERTIFICATE OF SERVICE</u>

2

3        I HEREBY CERTIFY that on the 29th day of April, 2009, I electronically filed the foregoing

4   document with the Clerk of the Court, using the CM/ECF system, which will automatically send email

5   notification of such filing to all counsel who have entered an appearance in this action.

6

7

8

9                                             /s/ *John N. Zarian*

10                                             John N. Zarian

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Declaration of John N. Zarian in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue*
Case No.: C 09 0982 JL