# CIVIL MINUTES

**Chief Magistrate Judge James Larson**        Joan Columbini-Court Reporter

Date: **May 20, 2009**

Case No: **C09-0982 JL**

Case Name: **Newegg, Inc., et al v. Telecommunications Systems, Inc.**
Plaintiff  Attorney(s):John Zarian
Defendant Attorney(s):Michael Dergosits
Deputy Clerk:  **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Deft's mo to transfer venue | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,