

Gloria Acevedo/CAND/09/USCOURTS
06/30/2009 02:47 PM

To
cc
bcc
Subject   Transferred case has been opened



MDD_CM-ECF_Filing@mdd.uscourts.gov
06/25/2009 06:17 AM

To   ECFhelpdesk@cand.uscourts.gov
cc
Subject   Transferred case has been opened

```
CASE: 3:09-cv-00982

DETAILS: Case transferred from California Northern
has been opened in District of Maryland
as case 1:09-cv-01670, filed 06/25/2009.
```